# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JOANNE APRILE

          Plaintiff,    CASE NO.:

v.

J. MCGARVEY CONSTRUCTION        JURY TRIAL DEMANDED
COMPANY, INC.,
a Florida Corporation,

          **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JOANNE APRILE ("Aprile" or "Plaintiff"), by and through her undersigned attorney, sues Defendant, J. McGarvey Construction Company, Inc., a Florida Corporation ("McGarvey" or "Defendant") and states as follows:

## NATURE OF ACTION

1. Plaintiff brings this action against Defendant, her former employer, for in violation of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201–219 ("FLSA").

## JURISDICTION

2. This Court has jurisdiction over this controversy pursuant to 29 U.S.C. § 216(b), 28 U.S.C. § 1331, and 28 U.S.C. § 1343.

3. Defendant is subject to the personal jurisdiction of the United States District Court because it engages in substantial and not isolated activity within this judicial district.

4. Defendant is also subject to the personal jurisdiction of the United States

District Court because it operates, conducts, engages in, and/or carries on business in the Middle District of Florida. Specifically, Defendant's principal place of business is located at 12752 Trade Way Drive, Ste. 1, Bonita Springs, Florida 34135.

## FLSA COVERAGE

5. At all times material, Defendant employed at least two or more employees who handled, sold, or otherwise worked with goods or materials that had once moved through interstate commerce.

6. At all times material, Defendant had gross sales volume of at least $500,000 annually.

7. At all times material, Defendant was and continues to be an "enterprise engaged in commerce" within the meaning of the FLSA.

8. Defendant is an employer covered by the FLSA.

## VENUE

9. Venue is proper in the United States District Court for the Middle District of Florida based upon the following:

   a. The unlawful pay practices alleged herein occurred in Bonita Springs, Florida, in the Middle District of Florida;

   b. At all times material hereto, Defendant was and continues to be a Florida Corporation registered with the Florida Department of Corporations, with a Florida Registered Agent and a license to do business within this judicial district.

   c. Defendant employed Plaintiff in the Middle District of Florida.

## PARTIES

10. At all times material hereto, Plaintiff was a resident of Collier County,

Florida, in the Middle District of Florida.

11. Defendant was, and continues to be, a Florida Corporation engaged in the transaction of business in Lee County, Florida, with its principal place of business located in Bonita Springs, Florida.

12. At all times material hereto, Plaintiff was an "employee" of Defendant within the meaning of the FLSA.

13. At all times material hereto, Defendant was and continues to be an "employer" within the meaning of the FLSA.

## STATEMENT OF CLAIM
## COUNT I
## VIOLATION OF 29 U.S.C. § 207 (UNPAID OVERTIME)

14. Plaintiff realleges Paragraphs 1 through 13 as if fully stated herein.

15. At all times material hereto, Defendant built new, custom single family homes and also remodeled single family homes.

16. Defendant hired Plaintiff in or around August 2017. Plaintiff was hired by Defendant to work in the position of "Project Manager."

17. Plaintiff was paid a salary basis and treated as exempt from overtime by the employer. However, Plaintiff was improperly classified as exempt as her position and duties did not satisfy any of the applicable exemptions to overtime under the FLSA.

18. Plaintiff's employment ceased on or about November 15, 2018.

19. Beginning with the date of Plaintiff's hire in August 2017 and continuing through on or about November 15, 2018, Plaintiff worked hours and workweeks in excess of forty (40) per week for which she was not compensated at the statutory rate of time and one-half the regular rate for all hours actually worked.

20. Plaintiff is entitled to be paid at the rate of time and one-half her regular hourly rate for all hours worked in excess of the maximum hours provided for in the FLSA.

21. Defendant failed to pay Plaintiff overtime compensation in the lawful amount for all hours worked in excess of the maximum hours provided for in the FLSA.

22. Defendant knew of and/or showed a willful disregard for the provisions of the FLSA as evidenced by Defendant's failure to compensate Plaintiff at the statutory rate of time and one-half for the hours worked in excess of forty (40) hours per week when Defendant knew or should have known such was due.

23. As a direct and proximate result of Defendant's willful disregard of the FLSA, Plaintiff is also entitled to liquidated damages pursuant to the FLSA.

24. Due to the unlawful acts of Defendant, Plaintiff has suffered damages in the form of unpaid overtime wages, plus liquidated damages in an equal amount.

25. Plaintiff is entitled to an award of her reasonable attorney's fees and costs pursuant to 29 U.S.C. § 216(b).

**WHEREFORE**, Plaintiff respectfully requests that final judgment be entered in her favor against Defendant as follows:

   a. Declaring that Defendant has violated the maximum hour provisions of 29 U.S.C. § 207;
   b. Awarding Plaintiff overtime compensation in amounts according to proof;
   c. Awarding Plaintiff liquidated damages in an equal amount to unpaid overtime;
   d. Awarding Plaintiff reasonable attorney's fees and costs and expenses of this litigation pursuant to 29 U.S.C. § 216(b);

e. Awarding Plaintiff post-judgment interest; and

f. Ordering any other and further relief this Court deems to be just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable as of right.

**Dated: April 3, 2019**

          **Respectfully submitted,**

By: /s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Conor P. Foley
Fla. Bar No. 111977
Victor R. Bermudez
Fla. Bar No. 1010344
**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL   33901
**Phone:** (239) 334–7017
**Fax:**    (239) 236–8008
**Email:**  Jason@Gunterfirm.com
**Email:**  Conor@Gunterfirm.com
**Email:**  Victor@Gunterfirm.com