UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOANNE APRILE,

    Plaintiff,

vs.

J. MCGARVEY CONSTRUCTION COMPANY, INC. and JOHN S. MCGARVEY, Individually,
    Defendants.

Case No.: 2:19-cv-207-TJC-MRM

**JOINT MOTION FOR**
**SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE**

Pursuant to the Court's invitation in its Order Denying Summary Judgment (Doc. 50), the parties jointly move for a settlement conference before a United States Magistrate Judge.

Dated: May 20, 2020

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com

**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Tel: 239.334.7017

/s/ Suzanne Arbide
Suzanne Arbide
Fla. Bar No.:151520
Email: litigation@glantzlaw.com

**LAW OFFICE OF GLANTZ & GLANTZ, P.A.**
7951 S.W. 6th ST, Suite 200
Plantation, FL 33324
Tel: (954) 424-1200

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this day, May 20, 2020.

                                                      /s/ Jason L. Gunter
                                                    Jason L. Gunter