**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JOANNE APRILE,

    Plaintiff,

v.                                    Case No:   2:19-cv-207-FtM-32MRM

J. MCGARVEY CONSTRUCTION COMPANY, INC. and JOHN S. MCGARVEY, Individually,

    Defendants.

## ORDER

The case is before the Court on the Joint Motion for Settlement Conference with Magistrate Judge. (Doc. 51).

Upon due consideration, it is hereby

**ORDERED:**

1. The Joint Motion for Settlement Conference with Magistrate Judge (Doc. 51) is **GRANTED**.

2. This case is **REFERRED** to the Honorable Nicholas Mizell, United States Magistrate Judge, for a settlement conference. By **May 28, 2020**, the parties shall jointly determine a minimum of three agreeable dates for the settlement conference. Counsel for Plaintiff shall then provide the dates to the Court by calling Judge Mizell's chambers at (239) 461-2170. Judge Mizell will then select the date for settlement conference.

2

      3.      All deadlines are stayed pending the settlement conference. If the case does not settle, the parties shall file proposed amended case management schedule with the remaining trial-related deadlines within **7 days**.

**DONE AND ORDERED** in Jacksonville, Florida the 21st day of May, 2020.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

Copies to:

The Honorable Nicholas Mizell
United States Magistrate Judge

Counsel of Record

2